# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ANHEUSER BUSCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:11-CV-1220-JAR |
| ) | |
| NATIONAL UNION FIRE INSURANCE ) | |
| COMPANY OF PITTSBURGH, PA, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

At the request of the parties, this matter is scheduled for oral argument on Plaintiff Anheuser Busch, Inc.'s Motion to Compel Discovery [ECF No. 54] and Defendant National Union Fire Insurance Company of Pittsburgh, PA's Amended Motion for Protective Order [ECF No. 56] on **Thursday, August 30, 2012 at 10:30 a.m.** in Courtroom 12N.

Dated this 7th day of August, 2012.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE