**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**JUDGE JOHN A. ROSS**
**COURTROOM PROCEEDING 12 NORTH**
**COURTROOM MINUTE SHEET CIVIL**

CASE NO.   **4:11CV1220  RWS**

STYLE:  Anheuser Busch, Inc. v. National Union Fire Insurance

DATE:   August 30, 2012

Court Reporter: Sue Moran

Deputy Clerk:   Andrea Luisetti

Attorneys for Plaintiffs:     Jennifer Aspinall, Robert Westerfield, Seth Hawkins

Attorneys for Defendants:     Edward Meyer, John Bonnie

(X)  Parties present for hearing on:

Motion Hearing re [50], [52], [54], [56].  Arguments heard.  Order to follow.

Proceeding Commenced:  **10:35 a.m.**
Proceeding Concluded:    **11:35 a.m.**