UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANHEUSER BUSCH, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:11-CV-1220-JAR |
| | ) |
| NATIONAL UNION FIRE INSURANCE | ) |
| COMPANY OF PITTSBURGH, PA, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

Following a telephone conference with counsel on October 30, 2012,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time to File Response to National Union's Summary Judgment Motion [82] is **GRANTED**. Plaintiff is granted up to and including **Friday, December 28, 2012** in which to file its response to Defendant's motion for summary judgment. Any reply shall be filed no later than **Monday, January 7, 2013.**

The Court reminds the parties that they have agreed to be bound by their previous agreements on the scope of discovery as well as by this Court's August 30, 2012 Order allowing limited discovery relating to the Retained Limits provision..

Dated this 31st day of October, 2012.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE