# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| ANHEUSER BUSCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:11-CV-1220-JAR |
| | ) | |
| NATIONAL UNION FIRE INSURANCE | ) | |
| COMPANY OF PITTSBURGH, PA, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM

The Court is in receipt of Defendant National Union's Motion to Consider Supplemental Response in Opposition to Plaintiff's Motion to Compel and Request to File Sur-Reply. [ECF No. 102] The Court will defer its ruling on Plaintiff's Motion to Compel [ECF No. 93] until after the scheduled mediation on January 4, 2013. If necessary, the Court will grant Defendant National Union three (3) business days, up to and including January 9, 2013, in which to respond to Plaintiff's Reply Brief.

Dated this 13th day of December, 2012.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE